UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN M. MILLAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:11-CV-00438-NT |
| | ) |
| STATE OF MAINE, | ) |
| DEPARTMENT OF LABOR | ) |
| BUREAU OF REHABILITATION, | ) |
| DIVISION FOR THE BLIND | ) |
| AND VISUALLY IMPAIRED | ) |
| | ) |
| Defendants. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 21, 2012 her Recommended Decision (ECF No. 31). The Plaintiff filed his Objection to the Recommended Decision (ECF No. 33) on October 3, 2012. Defendants filed their Response to Objection to the Recommended Decision (ECF No. 34) on October 12, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Second Motion to Amend (ECF No. 26) is <u>GRANTED</u>, and Plaintiff is directed to file an amended complaint that modifies his plea for relief to seek only injunctive relief and equitable reimbursement.

SO ORDERED.

/s/Nancy Torresen
United States District Judge

Dated this 5th day of December, 2012.