# United States Court of Appeals
## For the First Circuit

_____

No. 14-1134

JOHN M. MILLAY,

Plaintiff, Appellee,

v.

MAINE DEPARTMENT OF LABOR, BUREAU OF REHABILITATION,
DIVISION FOR THE BLIND AND VISUALLY IMPAIRED,

Defendant, Appellant.

_____

**JUDGMENT**

August 11, 2014

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Baber, Ms. Herman, Ms. Macirowski & Mr. Stern.