# United States Court of Appeals
## For the First Circuit

No. 14-1134

JOHN M. MILLAY

Plaintiff - Appellee

v.

STATE OF MAINE DEPARTMENT OF LABOR, Bureau of Rehabilitation, Division for the Blind and Visually Impaired

Defendant - Appellant

**MANDATE**

Entered: September 3, 2014

In accordance with the judgment of August 11, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Brett D. Baber
Susan P. Herman
Nancy M. Macirowski
Paul Stern